UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANITA DUSTERHOFT,

            Plaintiff,

-vs-                                           Case No. 5:07-cv-466-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

            Defendant.
_____/

# **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 22) recommending that the Commissioner's decision denying the Plaintiff's application for a period of disability and disability insurance benefits be reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). Neither party has objected to the report and recommendation, and the time for filing objections has elapsed.

Accordingly, upon due consideration, and an independent review of the case file, it is hereby ORDERED as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. 22) is adopted, confirmed and made a part hereof;

(2)    This action is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for the Administrative Law Judge to conduct further proceedings as outlined in the Report and Recommendation of the Magistrate Judge; and

(3) The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 25th day of March, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to: Hon. Gary R. Jones
Counsel of Record